PROB 22
(MD/PA 6/2013)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | 0314 1:12CR332-1 |
| **DOCKET NUMBER** *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James C. Penney, Sr.<br>5 North Carol Boulevard<br>Upper Darby, PA  19082 | Middle District of Pennsylvania | Harrisburg |

FILED
JAN 1 0 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable John E. Jones III |

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | November 15, 2013 | November 14, 2016 |

**OFFENSE**

Mail Fraud
18 U.S.C. § 1341

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Pennsylvania__

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of Pennsylvania__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

__12-13-13__
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Pennsylvania__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*